THE EXECUTRIX and Universal Legatee of Robert Bell, deceased, *v.* JOSEPH W. TUCKER, Testamentary Executor of Abner Robinson, deceased.

APPEAL from the Court of Probates of Lafourche Interior, *Mc Allister*, J.

*M. Taylor*, for the plaintiff.

*J. C. Beatty*, for the appellant.

SIMON, J.   This is another of the four suits instituted against the same defendant, for a cause of action growing out of one and the same transaction.   The circumstances under which the plaintiff's claim originated, are identically the same as those on which our opinion was based in the case of the Citizens Bank against the same defendant, and the result must be the same.

*Judgment affirmed.*

---

THE COMMERCIAL BANK OF NEW ORLEANS *v.* JOSEPH W. TUCKER, Testamentary Executor of Abner Robinson, deceased.

APPEAL from the Court of Probates of Lafourche Interior, *Mc Allister*, J.

*L. Janin*, for the plaintiffs.

*J. C. Beatty*, for the appellant.

SIMON, J.   For the reasons adduced in the opinion just delivered in the case of the Citizens Bank, against the same defendant, in which the same facts and circumstances were established, we have come to the conclusion that the plaintiff in this case is entitled to recover.

*Judgment affirmed.*